No. 10-9084. C. S., Petitioner v. Sacramento County Department of Health and Human Services.

563 U.S. 962, 131 S. Ct. 2175, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3274.

April 25, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

Same case below, 188 Cal. App. 4th 103, 114 Cal. Rptr. 3d 898.

No. 10-9087. Dennis E. Jones-El, Petitioner v. William Pollard, Warden.

563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3326.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-9089. Harold Leonard Armstrong, Sr., Petitioner v. California.

563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3236,

April 25, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 10-9094. Richard Lee Woodbury, Petitioner v. City of Tampa, Florida, Police Department, et al.

563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3344,

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-9096. James A. Taylor, Petitioner v. Joe Ortiz, et al.

563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3237.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 410 Fed. Appx. 76.

No. 10-9101. George Vlasios Kontos, Petitioner v. Thanco Products and Imports, Inc.

563 U.S. 962, 131 S. Ct. 2153, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3303.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 971.

No. 10-9104. Alex Lovejoy, Petitioner v. Michael Wenerowicz, Superintendent, State Correctional Institution at Graterford, et al.

563 U.S. 963, 131 S. Ct. 2154, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3255.

April 25, 2011. Petition for a writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-9111. Mark Sumrell, Petitioner v. Mississippi.

563 U.S. 963, 131 S. Ct. 2154, 179 L. Ed. 2d 939, 2011 U.S. LEXIS 3347.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 959.